UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BENJAMIN RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-01368-ART-EJY<br><br>**ORDER** |

**I.   DISCUSSION**

On August 18, 2022, Plaintiff, an inmate in the custody of the Clark County Detention Center, submitted a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1-1. Plaintiff has neither paid the $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court grants Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the $402 filing fee for this action on or before **September 30, 2022**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.

1

If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the $402 filing fee on or before **September 30, 2022**, the Court will recommend dismissal of this case <u>without prejudice</u> allowing Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the $402 filing fee.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the $402 filing fee.

## II.  ORDER

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **September 30, 2022**, Plaintiff will either pay the $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the $402 filing fee for a civil action on or before **September 30, 2022**, the Court will recommend dismissal of this action <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain Plaintiff's complaint (ECF No. 1-1) but will not file it at this time.

Dated this 25th day of August, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3